IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ROSSI WADE**                                                                                       **PLAINTIFF**

vs.                                                             Civil Action No. 3:09-cv-164 HTW-LRA

**STATE OF MISSISSIPPI; JUDGE LEE AGNEW;**
**JACOB WADE**                                                                                    **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the Complaint be accepted as filed without the prepayment of a filing fee, but dismissed for failing to state a claim upon which relief may be granted. The above-styled and numbered cause is dismissed.

**SO ORDERED AND ADJUDGED, this the 29th day of July, 2009.**

                                                        **s/ HENRY T. WINGATE**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**